Doe on the Demise of Cooper *v.* Cutshall.—On appeal.

*A judgment is not a lien on land held by the judgment-defendant under a title-bond.*

EJECTMENT, by *Doe* on the demise of *Cooper* against *Cutshall*. Judgment for the defendant below. *Cutshall* derives title from *Comparet; Cooper*, the lessor of the plaintiff, from *Norris*. The facts of the case are these:

On the 9th of *August*, 1831, *Francis Comparet* sold the land in controversy to *Luke Norris*, gave him a title-bond for, and put him in possession of, it. *Norris* continued

in possession till *December*, 1833, and made improvements. At that time he found he should be unable to pay for the land, and, accordingly, surrendered the possession and title-bond, received back his notes, given for the purchase-money, and the contract was then cancelled by mutual consent. *Comparct* then sold the land to *Cutshall*.

On the 2d of *May*, 1833, *Stephen Coles* obtained a judgment in the *Allen* Circuit Court against said *Luke Norris;* and on the 20th of *May*, 1834, had the land in dispute sold, on an execution on said judgment against said *Norris*, at which sale, *Henry Cooper*, the lessor of the plaintiff, became the purchaser. Such are the respective titles of the parties. The plaintiff claims to succeed on the ground that the judgment of *Coles* was a lien on the equitable estate of *Norris* in the land, under his title-bond and possession, and that, by the sheriff's sale and deed, that interest and right of possession were conveyed to *Cooper*, his lessor; and he relies upon the cases of *Jackson* v. *Parker*, 9 Cowen 73, and *Wayman et al.* v. *Hardin*, 3 Blackf. 26. The case of *Jackson* v. *Parker* was examined, and held not to be law in this state, in *Modisett* v. *Johnson*, 2 Blackf. 431; and *Modisett* v. *Johnson* was reviewed and confirmed by this Court in *Orth* v. *Jennings et al.*, 8 Blackf. 420. The case of *Wayman et al.* v. *Hardin*, has no bearing upon the present.

We think *Coles's* judgment was no lien on the land held by *Norris*, and that the sale by the sheriff of that land, under *Coles's* judgment, and his deed pursuant to said sale, conveyed no title to *Cooper*, the plaintiff's lessor.

The judgment is affirmed with costs, &c.